IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARK A. HEATHERLY, :

    Plaintiff, :

                                Case No. 3:11cv00438

vs. :

                                District Judge Walter Herbert Rice

MICHAEL J. ASTRUE, : Magistrate Judge Sharon L. Ovington
Commissioner of the Social
Security Administration, :

    Defendant. :

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on November 14, 2012 (Doc. #11) is ADOPTED in full;

2. The Commissioner's non-disability finding is vacated;

3. No finding is made as to whether Plaintiff Mark A. Heatherly was under a "disability" within the meaning of the Social Security Act;

4. This case is remanded to the Commissioner and the Administrative Law

       Judge under Sentence Four of 42 U.S.C. § 405(g) for further consideration consistent with this Report; and

5.     The case is terminated on the docket of this Court.

 

                                                    */s/ Walter Herbert Rice*
                                                    Walter Herbert Rice
                                                   United States District Judge